IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff,*<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>*Defendant.* | Civ. A. No. 23-2323 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 3, 2023 Minute Order, Plaintiff Functional Government Initiative and the Food and Drug Administration ("FDA" or "Defendant"), by and through their respective counsel, respectfully submit this Joint Status Report for the above-captioned Freedom of Information Act ("FOIA") lawsuit. This matter involves two FOIA requests that Plaintiff submitted to FDA. Plaintiff filed the Complaint on August 10, 2023 (ECF No. 1), and Defendant filed its Answer on October 20, 2023 (ECF No. 6).

**THE STATUS OF PLAINTIFF'S FOIA REQUESTS**

1. Plaintiff submitted two FOIA requests on March 24, 2023 to FDA.

2. The first request seeks records of correspondence between certain officers of FDA's Center for Tobacco Products (including the Center's Director and Deputy Director) and specific external organizations, and the second request seeks records relating to correspondence between two officers of FDA's Office of Food Policy and Response and specific external organizations, exchanged on or after March 21, 2022. Compl. ¶¶ 5, 9; *see also* Ex. A, Pl.'s First FOIA Request (ECF No. 1-2) at 2–9 *and* Ex. C, Pl.'s Second FOIA Request (ECF No. 1-2) at 13–21.

3.      FDA conducted a search for records potentially responsive to the part of Plaintiff's first FOIA request that seeks correspondence, calendar entries, emails, and attachments, and it identified 185 responsive records. While reviewing these records for releasability, FDA identified information that may qualify as confidential commercial information and/or trade secrets. *See* 5 U.S.C. § 552(b)(4). On January 3, 2024, FDA informed Plaintiff that the agency had sent the submitter of this information a pre-disclosure notification and that the submitter has ten working days from its receipt of FDA's notice to object to this disclosure. *See* Exec. Order No. 12,600, 3 C.F.R. § 235 (1987); 21 C.F.R. § 20.61(e). FDA is still waiting for the submitter's response. Once FDA receives the submitter's response and all regulatory requirements have been satisfied, FDA will complete its review of responsive records with information subject to pre-disclosure notification and disclose the non-exempt portions of those records to Plaintiff. FDA is also preparing to disclose the non-exempt portions of responsive records without information subject to pre-disclosure notification to Plaintiff and anticipates disclosing these records to Plaintiff by the end of January 2024.

4.      FDA is in the process of conducting a search for records potentially responsive to the part of Plaintiff's first FOIA request that seeks text messages (including messages on encrypted apps such as Signal or WhatsApp), telephone records and logs, and virtual meeting logs (such as those produced by Microsoft Teams and Zoom). Once this search is complete, FDA will begin reviewing these records for responsiveness and releasability and will disclose all non-exempt, responsive information to Plaintiff.

5.      FDA conducted a search for records potentially responsive to the part of Plaintiff's second FOIA request that seeks correspondence, calendar entries, emails, and attachments, and identified 12 responsive records, all of which are associated with one of the custodians named in

Plaintiff's second FOIA request: Mr. Frank Yiannas. FDA completed its releasability review of these records and disclosed all non-exempt portions to Plaintiff on January 3, 2024.

6. FDA is in the process of conducting a search for records potentially responsive to the part of Plaintiff's second FOIA request that seeks text messages (including messages on encrypted apps such as Signal or WhatsApp), telephone records and logs, and virtual meeting logs (such as those produced by Microsoft Teams and Zoom). Once this search is complete, FDA will begin reviewing these records for responsiveness and releasability and will disclose all non-exempt, responsive information to Plaintiff.

**PROPOSED NEXT JOINT STATUS REPORT**

7. The parties respectfully propose that they be permitted to submit another Joint Status Report in approximately sixty days, on March 5, 2024, to apprise the Court of any updates on the status of Plaintiff's FOIA requests, the anticipated number of records responsive to Plaintiff's FOIA requests, and the anticipated date(s) by which FDA believes it will produce additional non-exempt, responsive information to Plaintiff.

*   *   *

| | |
|---|---|
| Dated:  January 5, 2023<br>          Washington, DC<br><br>/s/_____<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue, West, Suite 4<br>Vienna, VA 22180-5615<br>(703) 356-5070<br>jmorgan@lawandfreedom.com<br><br>*Attorney for Plaintiff* | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:            /s/_____<br>   FITHAWI BERHANE<br>   Assistant United States Attorney<br>   601 D Street, NW<br>   Washington, DC 20530<br>   (202) 252-6653<br>   Fithawi.Berhane@usdoj.gov<br><br>*Attorneys for the United States of America* |