UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff,*<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>*Defendant.* | Civ. A. No. 23-2323 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's May 27, 2025, Minute Order, Plaintiff Functional Government Initiative and the Food and Drug Administration ("FDA" or "Defendant"), by and through their respective counsel, respectfully submit this Joint Status Report for the above-captioned Freedom of Information Act ("FOIA") lawsuit. This matter involves two FOIA requests that Plaintiff submitted to FDA. Plaintiff filed the Complaint on August 10, 2023 (ECF No. 1), and Defendant filed its Answer on October 20, 2023 (ECF No. 6).

As detailed further below, FDA completed production in this matter on July 18, 2025. The parties continue to meet and confer to determine whether any issues remain.

### THE STATUS OF PLAINTIFF'S FOIA REQUESTS

1. Plaintiff submitted two FOIA requests on March 24, 2023, to FDA.

2. The first request seeks records of correspondence between certain officers of FDA's Center for Tobacco Products (including the Center's Director and Deputy Director) and specific external organizations, and the second request seeks records of correspondence between two officers of FDA's Office of Food Policy and Response and specific external organizations, exchanged on or after March 21, 2022. Compl. ¶¶ 5, 9; *see also* Ex. A, Pl.'s First FOIA Request

(ECF No. 1-2) at 2–9 and Ex. C, Pl.'s Second FOIA Request (ECF No. 1-2) at 13–21.

3. FDA conducted a search for records potentially responsive to the part of Plaintiff's first FOIA request that seeks correspondence, calendar entries, emails, and attachments, and it identified 185 responsive records. FDA produced all non-exempt, responsive portions of these records to Plaintiff on February 27, 2024.

4. FDA conducted a search for records potentially responsive to the part of Plaintiff's first FOIA request that seeks text messages (including messages on encrypted apps such as Signal or WhatsApp), telephone records and logs, and virtual meeting logs (such as those produced by Microsoft Teams and Zoom), and it collected 440 pages of potentially responsive text messages and 2,471 potentially responsive call log entries. FDA reviewed the potentially responsive records and found no responsive records. On July 18, 2025, FDA advised Plaintiff of the results of its search.

5. FDA conducted a search for records potentially responsive to the part of Plaintiff's second FOIA request that seeks correspondence, calendar entries, emails, and attachments, and it identified 12 responsive records, all of which were associated with one of the custodians named in Plaintiff's second FOIA request: Mr. Frank Yiannas. FDA produced all non-exempt, responsive portions of these records to Plaintiff on January 3, 2024.

6. FDA conducted a search for records potentially responsive to the part of Plaintiff's second FOIA request that seeks text messages (including messages on encrypted apps such as Signal or WhatsApp), telephone records and logs, and virtual meeting logs (such as those produced by Microsoft Teams and Zoom), and it collected 274 pages of potentially responsive text messages and 1,674 potentially responsive call log entries. After reviewing the potentially

responsive records, FDA found no responsive records and advised Plaintiff of the results of its search on February 28, 2025.

7. The parties have agreed that the merits of FDA's response to Plaintiff's FOIA request is no longer at issue in this case. At this time, the parties only require additional time to see if they are able to negotiate an agreement as to attorneys' fees.

*   *   *

Dated: July 28, 2025
      Washington, DC

                                               Respectfully submitted,

                                               JEANINE FERRIS PIRRO
                                               United States Attorney

 /s/ *Jeremiah L. Morgan*
Jeremiah L. Morgan                                By: */s/*
(D.C. Bar No. 1012943)
William J. Olson                                      FITHAWI BERHANE
(D.C. Bar No. 233833)                            Assistant United States Attorney
William J. Olson, P.C.                            601 D Street, NW
370 Maple Avenue, West, Suite 4           Washington, DC 20530
Vienna, VA 22180-5615                          (202) 252-6653
(703) 356-5070                                         Fithawi.Berhane@usdoj.gov

                                               *Attorneys for the United States of America*

*Attorneys for Plaintiff*